UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YELLOW PAGES PHOTOS, INC.,**

  **Plaintiff,**

v.                CASE NO.:

**DEX MEDIA, INC. d/b/a "DexYP",**
**YP LLC, and YP Intellectual Property LLC,**

  **Defendants.**
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**
(Injunctive Relief Sought)

  Plaintiff, Yellow Pages Photos, Inc. ("YPPI"), sues Defendants, Dex Media, Inc. d/b/a "DexYP" ("Dex Media"), YP LLC ("YP"), and YP Intellectual Property LLC ("YP IP") and alleges the following:

**Nature of the Case**

  1.  This is a civil action to remedy serial violations of the Digital Millennium Copyright Act (the "DMCA") by Dex Media, YP, and YP IP. As detailed below, Dex Media, YP, and YP IP have, since at least August 2015, knowingly distributed copyright management information that is false with the intent to conceal their infringement of YPPI's federally registered copyrights in its photographic images. These actions by Dex Media, YP, and YP IP violate 17 U.S.C. § 1202(a).

**The Parties**

  2.  YPPI is a Florida corporation with its principal place of business in Riverview, Florida, which is within the geographical jurisdiction of the Tampa Division of this Court.

3. Dex Media is a Delaware corporation with its principal place of business in Dallas, Texas. Upon information and belief, since at least July 2017, Dex Media has done business as "DexYP" and "Dex/YP".

4. YP is a Delaware limited liability company with its principal place of business in Tucker, Georgia. Upon information and belief, YP became a direct or indirect subsidiary of Dex Media in June 2017.

5. YP IP is a Delaware limited liability company with its principal place of business in Glendale, California. Upon information and belief, YP IP became a direct or indirect subsidiary of Dex Media in June 2017.

## Subject Matter Jurisdiction

6. This Court possesses subject matter jurisdiction over this case under 28 U.S.C. §§1331 and 1338 because this is an action by YPPI under the Copyright Act, 17 U.S.C. § 101 *et seq.*, based on serial violations of the DMCA by Dex Media, YP, and YP IP.

## Personal Jurisdiction

7. Dex Media does business in and throughout the State of Florida and currently publishes print and web-based telephone directories for geographic regions in the State of Florida, including regions within the Tampa Division of the Middle District of Florida, which contain false copyright management information. One example of such a directory that is at issue in this case is Dex Media's 2017 directory for Bradenton, Florida.

8. By virtue of Dex Media's actions and commission of the wrongful acts described in this Complaint, Dex Media has subjected itself to personal jurisdiction in the State of Florida.

9. YP has conducted business in and throughout the State of Florida and has published print and web-based telephone directories for geographic regions in the State of

Florida, including regions within the Tampa Division of the Middle District of Florida, which contain false copyright management information. One example of such a directory that is at issue in this case is YP's 2015 directory for Hernando County, Florida.

10. By virtue of YP's actions and commission of the wrongful acts described in this Complaint, YP has subjected itself to personal jurisdiction in the State of Florida.

11. YP IP has conducted business in and throughout the State of Florida and has distributed false copyright information on at least one website for a business located in the State of Florida. An example of such a website is YP IP's website for Alter Law Office with the domain name www.alterlawmiamifl.com.

12. By virtue of YP IP's actions and commission of the wrongful acts described in this Complaint, YP IP has subjected itself to personal jurisdiction in the State of Florida.

## Venue

13. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in this judicial district.

## Factual Background Common To All Counts

14. Since November 3, 2006, YPPI has been, and continues to be, the owner, by assignment, of thousands of copyrighted stock photographic images for use in creating, producing, and publishing advertisements, specifically including those used in telephone directories (the "YPPI Images"). A true and correct copy of the assignment of the rights to the YPPI Images is attached hereto as Exhibit A.

15. In early 2007, YPPI began registering the copyrights in the YPPI Images. YPPI complied, in all material respects, with the laws of the United States governing copyrights,

secured the exclusive rights and privileges in and to the copyrights in the YPPI Images and received from the Register of Copyrights registrations for the copyrights relating to the YPPI Images.

16. Since their issuance, YPPI has owned all right, title, and interest in the copyright registrations for the YPPI Images.

17. YPPI has retained the law firm of Fee & Jeffries, P.A. to vindicate its rights against Dex Media, YP, and YP IP and is obligated to pay a reasonable attorneys' fee for their services.

18. All conditions precedent to the institution and maintenance of this action have occurred or been performed by YPPI.

## Count I — Violations of DMCA by Dex Media

19. YPPI realleges and incorporates by reference the allegations in paragraphs 1 through 18 above.

20. Since at least August 1, 2015, Dex Media has knowingly distributed copyright management information that is false with regard to print and web-based telephone directories that incorporate one or more of the YPPI Images.

21. Despite having actual knowledge that YPPI has been and is the owner of the copyrights in the YPPI Images, Dex Media has distributed printed and web-based telephone directories that include YPPI Images, but which falsely claim that Dex Media is the sole copyright owner.

22. Dex Media's web-based directories can be accessed on its websites, www.dexknows.com and www.dexpages.com, and Dex Media's web-based directories have the same content as Dex Media's print directories.

23. From August through December 2015, Dex Media distributed printed and web-based telephone directories containing YPPI Images where each such directory is marked with a copyright notice stating "© 2015 Dex Media. All rights reserved." ("2015 Dex Media DMCA-Violating Directories").

24. Upon information and belief, Dex Media distributed hundreds of different 2015 Dex Media DMCA-Violating Directories.

25. Although the exact number of 2015 Dex Media DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2015 Dex Media DMCA-Violating Directories are attached to this Complaint as Composite Exhibit B. Each of the examples in Composite Exhibit B contains a copy of the cover of such Dex Media directory, which cover contains the "© 2015 Dex Media. All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

26. During the year 2016, Dex Media distributed printed and web-based telephone directories including YPPI Images where each such directory is marked with a copyright notice stating "© 2016 Dex Media. All rights reserved." ("2016 Dex Media DMCA-Violating Directories").

27. Upon information and belief, Dex Media distributed hundreds of different 2016 Dex Media DMCA-Violating Directories.

28. Although the exact number of 2016 Dex Media DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2016 Dex Media DMCA-Violating Directories are attached to this Complaint as Composite Exhibit C. Each of the examples in

Composite Exhibit C contains a copy of the cover of such Dex Media directory, which cover contains the "© 2016 Dex Media. All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

29. During the year 2017, Dex Media distributed printed and web-based telephone directories including YPPI Images where each such directory is marked with a copyright notice stating "© 2017 Dex Media. All rights reserved." ("2017 Dex Media DMCA-Violating Directories").

30. Upon information and belief, Dex Media distributed hundreds of different 2017 Dex Media DMCA-Violating Directories.

31. Although the exact number of 2017 Dex Media DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2017 Dex Media DMCA-Violating Directories are attached to this Complaint as Composite Exhibit D. Each of the examples in Composite Exhibit D contains a copy of the cover of such Dex Media directory, which cover contains the "© 2017 Dex Media. All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

32. During the year 2018, Dex Media distributed printed and web-based telephone directories including YPPI Images where each such directory is marked with a copyright notice stating "© 2018 DexYP. All rights reserved." ("2018 Dex Media DMCA-Violating Directories").

33. Upon information and belief, Dex Media distributed hundreds of different 2018 Dex Media DMCA-Violating Directories.

34. Although the exact number of 2018 Dex Media DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2018 Dex Media DMCA-Violating Directories are attached to this Complaint as Composite Exhibit E. Each of the examples in Composite Exhibit E contains a copy of the cover of such Dex Media directory, which cover contains the "© 2018 DexYP. All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

35. Dex Media distributed the 2015, 2016, 2017, and 2018 Dex Media DMCA-Violating Directories with the intent to conceal its infringement of YPPI's federally registered copyrights in the YPPI Images contained in those directories.

36. Dex Media's actions described above violate 17 U.S.C. § 1202(a).

37. YPPI has been injured by Dex Media's violations of 17 U.S.C. § 1202(a) and YPPI's investigation into the extent of Dex Media's DMCA violations is continuing.

38. Pursuant to 17 U.S.C. § 1203(c)(3), YPPI is entitled to an award of statutory damages in an amount between $2,500 to $25,000 for each violation by Dex Media of 17 U.S.C. § 1202(a).

WHEREFORE, YPPI respectfully demands judgment against Dex Media and:

(a) An award of statutory damages in an amount between $2,500 to $25,000 for each violation by Dex Media of 17 U.S.C. § 1202(a);

(b) pre and post-judgment interest on such damages at the highest rate allowed by law;

(c) attorneys' fees;

(d) costs of this action; and

(e) such other and further relief as the Court may deem just and appropriate.

## Count II — Violations of DMCA by YP

39. YPPI realleges and incorporates by reference the allegations in paragraphs 1 through 18 above.

40. Since at least August 1, 2015, YP has knowingly distributed copyright management information that is false with regard to print and web-based telephone directories and websites that incorporate one or more of the YPPI Images.

41. YP's web-based directories can be accessed on its [www.realpageslive.com](www.realpageslive.com) website and YP's web-based directories have the same content as YP's print directories.

42. YP has repeatedly asserted, in defense of federal copyright litigation brought against it by YPPI, that YP is a successor in interest to a license between YPPI and AT&T (the "YPPI/AT&T License"), which license provides that AT&T may use the YPPI Images covered by that license:

> provided that a copyright notice is included in any electronic or digital work reflecting on the copyright ownership of both AT&T and Licensor [YPPI] as follows: "Copyright © 20__ [AT&T] and its licensors. All rights reserved."

(the "YPPI/AT&T Copyright Notice Requirement"). YPPI denies that YP enjoys any rights under the YPPI/AT&T License.

43. In 2011, AT&T requested YPPI to amend the YPPI/AT&T License to eliminate YPPI/AT&T Copyright Notice Requirement.

44. YPPI rejected and did not agree to or execute the proposed amendment to the YPPI/AT&T License that would have eliminated the YPPI/AT&T Copyright Notice Requirement.

45. Despite YP having actual knowledge that YPPI has been and is the owner of the copyrights in the YPPI Images and also despite YP's assertion that it has rights under the YPPI/AT&T License, YP has distributed printed and web-based telephone directories and websites that include the YPPI Images, but which falsely claim that YP is the sole copyright owner and which does not comply with the YPPI/AT&T Copyright Notice Requirement.

46. From August through December 2015, YP distributed printed and web-based telephone directories including YPPI Images where the cover and each page of such directory containing one or more of the YPPI Images is marked with a copyright notice stating "© 2015 YP LLC.  All rights reserved." ("2015 YP DMCA-Violating Directories").

47. Upon information and belief, YP distributed hundreds of different 2015 YP DMCA-Violating Directories.

48. Although the exact number of 2015 YP DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2015 YP DMCA-Violating Directories are attached to this Complaint as Composite Exhibit F.  Each of the examples in Composite Exhibit F contains a copy of the cover of such YP directory, which cover contains the "© 2015 YP LLC.  All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images and the copyright notice, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

49. During the year 2016, YP distributed printed and web-based telephone directories including YPPI Images where the cover and each page of each such directory containing one or more of the YPPI Images is marked with a copyright notice stating "© 2016 YP LLC. All rights reserved." ("2016 YP DMCA-Violating Directories").

50. Upon information and belief, YP distributed hundreds of different 2016 YP DMCA-Violating Directories.

51. Although the exact number of 2016 YP DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2016 YP DMCA-Violating Directories are attached to this Complaint as Composite Exhibit G. Each of the examples in Composite Exhibit G contains a copy of the cover of such YP directory, which cover contains the "© 2016 YP LLC. All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images and the copyright notice, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

52. During the year 2017, YP distributed printed and web-based telephone directories including YPPI Images where the cover and each page of each such directory containing one or more of the YPPI Images is marked with a copyright notice stating "© 2017 YP LLC. All rights reserved." ("2017 YP DMCA-Violating Directories").

53. Upon information and belief, YP distributed hundreds of different 2017 YP DMCA-Violating Directories.

54. Although the exact number of 2017 YP DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2017 YP DMCA-Violating Directories are attached to this Complaint as Composite Exhibit H. Each of the examples in Composite Exhibit H contains

a copy of the cover of such YP directory, which cover contains the "© 2017 YP LLC.  All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images and the copyright notice, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

55.   During the year 2018, YP distributed printed and web-based telephone directories including YPPI Images where the cover and each page of each such directory containing one or more of the YPPI Images is marked with a copyright notice stating "© 2018 YP LLC.  All rights reserved." ("2018 YP DMCA-Violating Directories").

56.   Upon information and belief, YP distributed many hundreds of different 2018 YP DMCA-Violating Directories.

57.   Although the exact number of 2018 YP DMCA-Violating Directories is currently unknown to YPPI, three (3) examples of 2018 YP DMCA-Violating Directories are attached to this Complaint as Composite Exhibit I.  Each of the examples in Composite Exhibit I contains a copy of the cover of such YP directory, which cover contains the "© 2018 YP LLC.  All rights reserved." copyright notice, copies of the page(s) in such directory containing one or more of the YPPI Images and the copyright notice, and a copy of each of the original YPPI Images used in such directory along with a code identifying the YPPI collection and image names for each YPPI Image.

58.   YP distributed the 2015, 2016, 2017, and 2018 YP DMCA-Violating Directories with the intent to conceal its infringement of YPPI's federally registered copyrights in the YPPI Images contained in those directories.

59. Since August 1, 2015, YP has and continues to distribute false copyright management information on websites created for YP's customers, which websites contain one or more of the YPPI Images (the "YP DMCA-Violating Websites").

60. The YP DMCA-Violating Websites contain a copyright notice stating, for example, "© 2018[1] YP LLC. All rights reserved." falsely claiming that YP is the sole copyright owner and which notice fails to comply with the YPPI/AT&T Copyright Notice Requirement.

61. Composite Exhibit J to this Complaint contains two examples of YP DMCA-Violating Websites, each of which contains one or more of the YPPI Images, the "© 2018 YP LLC. All rights reserved." copyright notice, and a copy of each of the original YPPI Images used in such website, along with a code identifying the YPPI collection and image names for each YPPI Image.

62. YP's actions described above violate 17 U.S.C. § 1202(a).

63. YPPI has been injured by YP's violations of 17 U.S.C. § 1202(a) and YPPI's investigation into the extent of YP's DMCA violations is continuing.

64. Pursuant to 17 U.S.C. § 1203(c)(3), YPPI is entitled to an award of statutory damages in an amount between $2,500 to $25,000 for each violation by YP of 17 U.S.C. § 1202(a).

WHEREFORE, YPPI respectfully demands judgment against YP and:

(a)　An award of statutory damages in an amount between $2,500 to $25,000 for each violation by YP of 17 U.S.C. § 1202(a);

(b)　pre and post-judgment interest on such damages at the highest rate allowed by law;

(c)　attorneys' fees;

---

[1] The date varies based on the particular website and when it was viewed.

(d) costs of this action; and

(e) such other and further relief as the Court may deem just and appropriate.

### Count III — Violations of DMCA by YP IP

65. YPPI realleges and incorporates by reference the allegations in paragraphs 1 through 18 above.

66. Since August 1, 2015, YP IP has and continues to distribute false copyright management information on websites created for YP IP's customers, which websites contain one or more of the YPPI Images (the "YP IP DMCA-Violating Websites").

67. The YP DMCA-Violating Websites contain a copyright notice stating, for example, "© 2018[2] YP Intellectual Property LLC. All rights reserved." falsely claiming that YP is the sole copyright owner.

68. Exhibit K to this Complaint contains a print-out of one of the YP IP DMCA-Violating Websites containing one of the YPPI Images, the "© 2018 YP Intellectual Property LLC. All rights reserved." copyright notice, and a copy of each of the original YPPI Images used in such website, along with a code identifying the YPPI collection and image names for each YPPI Image.

69. YP IP's actions described above violate 17 U.S.C. § 1202(a).

70. YPPI has been injured by YP IP's violations of 17 U.S.C. § 1202(a) and YPPI's investigation into YP IP's DMCA violations is continuing.

71. Pursuant to 17 U.S.C. § 1203(c)(3), YPPI is entitled to an award of statutory damages in an amount between $2,500 to $25,000 for each violation by YP IP of 17 U.S.C. § 1202(a).

---

[2] The date varies based on the particular website and when it was viewed.

WHEREFORE, YPPI respectfully demands judgment against YP IP and:

(f) An award of statutory damages in an amount between $2,500 to $25,000 for each violation by YP IP of 17 U.S.C. § 1202(a);

(g) pre and post-judgment interest on such damages at the highest rate allowed by law;

(h) attorneys' fees;

(i) costs of this action; and

(j) such other and further relief as the Court may deem just and appropriate.

### **DEMAND FOR JURY TRIAL**

YPPI hereby demands a trial by jury on all issues so triable.

Dated: July 30, 2018

Respectfully submitted,

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
Catherine F. Yant
Florida Bar No. 104852
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
cyant@feejeffries.com
aperez@feejeffries.com

Counsel for Plaintiff,
Yellow Pages Photos, Inc.